# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2015

## NO. 03-15-00333-CV

**Joseph P. Thweatt, Appellant**

**v.**

**Billingsley House Moving, Inc.; and Oliver Billingsley, Appellees**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on May 14, 2015. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.